**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| CHARLES TALBERT, | : No. 84 MM 2021 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| JOHN E. WETZEL, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2021, the Application for Extraordinary or King's Bench Jurisdiction is DENIED.